| | | | |
|---|---|---|---|
| Case No: | 08-61899-RKK | Date Printed: | 4/19/2011 |
| Case Name: | MILANO, JAY RICHARD | Check Number: | 104 |
| Trustee Name: | Anthony DeGirolamo | Check Date: | 04/18/2011 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 3 | STARK MEDICAL SPECIALITIES<br>323 Marion Ave NW<br>Suite 200<br>Massillon, OH 44646 | $14.05 | $3.00 |

**Total Check Amount:** $3.00

FILED 2011 APR 20 PM 2:29 CLERK U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CANTON